AO 10*
Rev. 1/2021

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dein, Judith G. | U.S. District Court, MA | 05/09/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.Magistrate Judge-full time | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final | 01/01/2020 <br> **to** <br> 12/31/2020 |
| | 5b. ☐ Amended Report | |

**7. Chambers or Office Address**

United States District Court
One Courthouse Way
Boston, Massachusetts 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Fellow | Massachusetts Bar Foundation |
| 2. | Trustee | Union College, Schenectady, NY |
| 3. | Fellow | American Bar Association |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Goulston & Storrs - lawyer |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dein, Judith G.** | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Agilent Technologies Inc. stock | A | Dividend | J | T | | | | | |
| 2.  SBC Communications Inc. | A | Dividend | J | T | | | | | |
| 3.  Bank of America cash equivalent account | A | Interest | N | T | | | | | |
| 4.  Bank of America cash equivalent account | A | Interest | L | T | | | | | |
| 5.  Vodafone Airtouch PLC | A | Dividend | J | T | | | | | |
| 6.  Israeli Bonds | A | Dividend | J | T | | | | | |
| 7.  AT&T stock | A | Dividend | J | T | | | | | |
| 8.  Mass. ST CONS LN | A | Interest | | | Redeemed | 08/10/20 | L | | |
| 9.  Needham Bank cash equivalent accountt | A | Interest | L | T | | | | | |
| 10.  Phoenix Concierge cash equivalent account | A | Interest | K | T | | | | | |
| 11.  First Eagle Global Fund Class A M/F | A | Dividend | M | T | Sold<br>(part) | 12/09/20 | J | | |
| 12.  Nuveen Limited Term Mun Bond Fund Class A & C M/F | A | Interest | K | T | | | | | |
| 13.  Thornburg Ltd Term Mun. Fund Class C M/F | A | Interest | L | T | | | | | |
| 14.  Western Asset Managed Municipals Fund Class I | E | Dividend | M | T | Sold<br>(part) | 07/13/20 | J | | |
| 15.  Clearbridge Dividend Strategy Fund Class C & A | A | Interest | L | T | | | | | |
| 16.  Thornburg Limited Term Municipal Fund Class A | B | Interest | M | T | | | | | |
| 17.  UBS Bank USA Dep. cash equivalent accounts (various) | A | Interest | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Carillon Eagle Growth & Income Fund Class C | A | Dividend | K | T | | | | | |
| 19. Pioneer Fundamental Growth Class Y | A | Dividend | K | T | Buy (add'l) | 03/16/20 | J | | |
| 20. | | | | | Sold (part) | 04/09/20 | J | | |
| 21. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 22. Pioneer Fundamental Growth Class Y | A | Dividend | L | T | Buy (add'l) | 03/16/20 | K | | |
| 23. | | | | | Sold (part) | 04/09/20 | K | | |
| 24. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 25. Vanguard Total Intl BD Index Fund ETF | B | Dividend | L | T | Sold (part) | 03/17/20 | K | | |
| 26. | | | | | Buy (add'l) | 04/13/20 | K | | |
| 27. | | | | | Buy (add'l) | 07/14/20 | K | | |
| 28. Loomis Sayles Strategic Income Fund Class Y | A | Dividend | | | Sold | 03/16/20 | K | | |
| 29. Loomis Sayles Strategic Income Fund Class Y | A | Dividend | | | Sold | 03/16/20 | K | | |
| 30. Wisdomtree Trust SmallCap Dividend Fund | C | Dividend | | | Buy (add'l) | 03/17/20 | K | | |
| 31. | | | | | Buy (add'l) | 04/13/20 | J | | |
| 32. | | | | | Sold | 07/14/20 | K | | |
| 33. Columbia Dividend Income Fund Class Institutional | A | Dividend | L | T | Buy (add'l) | 03/16/20 | K | | |
| 34. | | | | | Sold (part) | 04/09/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 36. Columbia Dividend Income Fund Class Institutional | A | Dividend | K | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 37. | | | | | Sold<br>(part) | 04/09/20 | J | | |
| 38. | | | | | Sold<br>(part) | 07/13/20 | J | | |
| 39. Wisdomtree Small Cap Divid ETF | A | Dividend | | | Buy<br>(add'l) | 03/17/20 | K | | |
| 40. | | | | | Sold<br>(part) | 04/13/20 | K | | |
| 41. | | | | | Sold | 07/14/20 | L | | |
| 42. Vanguard Total Bond Market ETF | B | Dividend | M | T | Sold<br>(part) | 03/17/20 | K | | |
| 43. | | | | | Buy<br>(add'l) | 04/13/20 | L | | |
| 44. | | | | | Buy<br>(add'l) | 07/14/20 | M | | |
| 45. Principal FDS Inc Global Diversified Income Fund Cl I | B | Dividend | | | Buy<br>(add'l) | 03/16/20 | K | | |
| 46. | | | | | Sold<br>(part) | 04/09/20 | K | | |
| 47. | | | | | Sold | 07/13/20 | K | | |
| 48. Vanguard Total Bond Market ETF | C | Dividend | M | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 49. | | | | | Sold<br>(part) | 04/13/20 | J | | |
| 50. | | | | | Buy<br>(add'l) | 07/14/20 | L | | |
| 51. Build NYC Resource Corp Assur RV CR 5 | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Goldman Sachs Group Inc 05.500% | B | Dividend | K | T | | | | | |
| 53. Morgan Stanley B/E 03.875% | A | Dividend | J | T | | | | | |
| 54. NYC Transition SR E BE/R/4 | A | Dividend | K | T | | | | | |
| 55. UBS Cash Account | A | Interest | J | T | | | | | |
| 56. Vanguard Total Intl Bond ETF | A | Dividend | K | T | Sold<br>(part) | 03/17/20 | J | | |
| 57. | | | | | Buy<br>(add'l) | 07/14/20 | K | | |
| 58. Hartford Schroders Tax-Aware Bond Fund<br>Class 1 | B | Dividend | M | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 59. | | | | | Sold<br>(part) | 07/13/20 | J | | |
| 60. Invesco Municipal Income Fund Class Y | C | Dividend | M | T | Buy<br>(add'l) | 04/09/20 | J | | |
| 61. | | | | | Sold<br>(part) | 07/13/20 | J | | |
| 62. Vanguard Shorti-term Tax-exempt Fund<br>Admiral | B | Dividend | L | T | Sold<br>(part) | 04/09/20 | J | | |
| 63. | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 64. Vanguard FTSE All World Ex-US ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 65. | | | | | Sold<br>(part) | 04/13/20 | J | | |
| 66. | | | | | Buy<br>(add'l) | 07/14/20 | J | | |
| 67. Vanguard S&P 500 Growth ETF | A | Dividend | K | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 68. | | | | | Sold<br>(part) | 04/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 70. Vanguard S&P 500 Value ETF | A | Dividend | K | T | Buy (add'l) | 03/17/20 | J | | |
| 71. | | | | | Sold (part) | 04/13/20 | J | | |
| 72. Oppenheimer Steelpath MLP Select 40 Fund Y (now Invesco Oppenheimer) | B | Dividend | | | Sold | 03/16/20 | K | | |
| 73. Western Asset Core Plus Bond Fund Class I | C | Dividend | M | T | Buy (add'l) | 03/16/20 | J | | |
| 74. | | | | | Sold (part) | 04/09/20 | J | | |
| 75. | | | | | Buy (add'l) | 07/13/20 | L | | |
| 76. Vanguard FTSE All World Ex-US ETF | A | Dividend | K | T | Buy (add'l) | 03/17/20 | K | | |
| 77. | | | | | Sold (part) | 04/13/20 | K | | |
| 78. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 79. Vanguard S&P 500 Growth ETF | A | Dividend | L | T | Buy (add'l) | 03/17/20 | K | | |
| 80. | | | | | Sold (part) | 04/13/20 | K | | |
| 81. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 82. Vanguard S&P 500 Value ETF | B | Dividend | L | T | Buy (add'l) | 03/17/20 | K | | |
| 83. | | | | | Sold (part) | 04/13/20 | K | | |
| 84. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 85. Oppenheimer Steelpath MLP Select 40 Fund Y(Invesco Oppenheimer) | A | Dividend | | | Sold | 03/16/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Western Asset Core Plus Bond Fund Class I | C | Dividend | M | T | Sold (part) | 03/16/20 | K | | |
| 87. | | | | | Buy (add'l) | 04/09/20 | L | | |
| 88. | | | | | Buy (add'l) | 07/13/20 | M | | |
| 89.  IShares MSCI KLD 400 Social ETF | A | Dividend | K | T | Sold (part) | 01/24/20 | J | | |
| 90. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 91. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 92. | | | | | Sold (part) | 05/15/20 | J | | |
| 93. | | | | | Sold (part) | 06/11/20 | J | | |
| 94. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 95.  Invesco Global Clean Energy Portfolio ETF | A | Dividend | | | Sold | 01/24/20 | J | | |
| 96.  Invesco Global Water Portfolio ETF | A | Dividend | J | T | Sold (part) | 01/24/20 | J | | |
| 97. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 98. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 99. | | | | | Sold (part) | 05/15/20 | J | | |
| 100. | | | | | Sold (part) | 06/11/20 | J | | |
| 101. | | | | | Sold (part) | 07/13/20 | J | | |
| 102.  PAX Ellevate Global Women's Index Fund Class Institutional | A | Dividend | K | T | Sold (part) | 01/23/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 104. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 105. | | | | | Sold (part) | 05/14/20 | J | | |
| 106. | | | | | Sold (part) | 06/10/20 | J | | |
| 107. | | | | | Sold (part) | 07/10/20 | J | | |
| 108. PAX Global Environmental Markets Fund Class Instl | A | Dividend | J | T | Sold (part) | 01/23/20 | J | | |
| 109. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 110. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 111. | | | | | Sold (part) | 05/14/20 | J | | |
| 112. | | | | | Sold (part) | 06/10/20 | J | | |
| 113. | | | | | Sold (part) | 07/10/20 | J | | |
| 114. Calvert Bond Fund Class I | A | Dividend | | | Sold (part) | 01/23/20 | J | | |
| 115. | | | | | Sold (part) | 03/03/20 | J | | |
| 116. | | | | | Sold (part) | 04/07/20 | J | | |
| 117. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 118. | | | | | Sold | 06/10/20 | K | | |
| 119. BNY Mellon Equity Income Fund Class I | B | Dividend | L | T | Buy (add'l) | 03/17/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 07/14/20 | J | | |
| 121. BNY Mellon Int'l Bond Fund Class I | A | Dividend | | | Sold | 03/16/20 | K | | |
| 122. PGIM Global Total Return Class Z | C | Dividend | | | Sold<br>(part) | 03/16/20 | M | | |
| 123. | | | | | Buy<br>(add'l) | 04/09/20 | M | | |
| 124. | | | | | Sold | 07/13/20 | M | | |
| 125. PIMPCO Income Fund Class I2 | D | Dividend | M | T | Sold<br>(part) | 03/16/20 | M | | see note 1 |
| 126. | | | | | Buy<br>(add'l) | 04/09/20 | M | | |
| 127. | | | | | Buy<br>(add'l) | 07/14/20 | K | | |
| 128. PIMPCO Income Fund Class I2 | D | Dividend | M | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 129. | | | | | Buy<br>(add'l) | 04/09/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 07/13/20 | K | | |
| 131. BNY Mellon Equity Income Fund Class I | A | Dividend | K | T | Buy<br>(add'l) | 03/17/20 | J | | |
| 132. | | | | | Sold<br>(part) | 07/14/20 | J | | |
| 133. BNY Mellon International Bond Fund Class I | A | Dividend | | | Sold | 03/16/20 | K | | |
| 134. PGIM Global Total Return Class Z | C | Dividend | | | Buy<br>(add'l) | 03/16/20 | J | | |
| 135. | | | | | Buy<br>(add'l) | 04/09/20 | J | | |
| 136. | | | | | Sold | 07/13/20 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. Calvert Green Bond Fund Class I | A | Dividend | K | T | Buy (add'l) | 01/23/20 | J | | |
| 138. | | | | | Sold (part) | 03/03/20 | J | | |
| 139. | | | | | Sold (part) | 04/07/20 | J | | |
| 140. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 141. | | | | | Sold (part) | 06/10/20 | J | | |
| 142. | | | | | Sold (part) | 07/10/20 | J | | |
| 143. Columbia Dividend Income Fund Class Institutional | A | Dividend | K | T | Buy (add'l) | 03/11/20 | J | | |
| 144. | | | | | Sold (part) | 07/13/20 | J | | |
| 145. BNY Mellon Equity Income Fund Class I | A | Dividend | K | T | Buy (add'l) | 03/12/20 | J | | |
| 146. | | | | | Sold (part) | 07/14/20 | J | | |
| 147. Vanguard FTSE All World EX-US ETF | A | Dividend | K | T | Buy (add'l) | 03/12/20 | J | | |
| 148. | | | | | Sold (part) | 07/14/20 | J | | |
| 149. Vanguard S&P 500 Growth ETF | A | Dividend | K | T | Buy (add'l) | 03/12/20 | J | | |
| 150. | | | | | Buy (add'l) | 07/14/20 | J | | |
| 151. Vanguard S&P 500 Value ETF | A | Dividend | K | T | Buy (add'l) | 03/12/20 | J | | |
| 152. | | | | | Sold (part) | 07/14/20 | J | | |
| 153. Pioneer Pioneer Fundamental Growth Fund Class Y FBOID | A | Dividend | K | T | Buy (add'l) | 03/11/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 155. Principal Gobal Diversified Income Fund Class I | B | Dividend | | | Buy<br>(add'l) | 03/11/20 | J | | |
| 156. | | | | | Sold | 07/13/20 | K | | |
| 157. Calvert Equity Fund Class C | B | Interest | L | T | Buy<br>(add'l) | 12/07/20 | K | | |
| 158. FIMM Money Market Part Fund INST Class M/M Cash equivalent | A | Interest | J | T | Sold<br>(part) | 12/07/20 | J | | |
| 159. Loomis Sayles Intermediate Municipal Bond Fund Cl. Y | B | Interest | K | T | | | | | |
| 160. MFS Intl Diversification FD CLI | A | Interest | K | T | Buy<br>(add'l) | 03/16/20 | K | | |
| 161. | | | | | Sold<br>(part) | 04/09/20 | K | | |
| 162. | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 163. PIMCO Short-term Fund Class I2 | A | Interest | | | Sold | 03/16/20 | K | | |
| 164. PIMCO Short Asset Investment Fund Class I2 | A | Interest | | | Sold | 04/09/20 | O | | |
| 165. MFS International Diversification FD CLI | A | Interest | K | T | Buy<br>(add'l) | 03/16/20 | J | | |
| 166. | | | | | Sold<br>(part) | 04/09/20 | J | | |
| 167. | | | | | Buy<br>(add'l) | 07/13/20 | J | | |
| 168. PIMCO Short-term Fund Class I2 | A | Interest | | | Sold | 03/16/20 | K | | |
| 169. Neuberger Berman Sustainable Equity Fund INST Class | A | Interest | K | T | Buy<br>(add'l) | 01/23/20 | J | | |
| 170. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 172. | | | | | Sold (part) | 05/14/20 | J | | |
| 173. | | | | | Sold (part) | 06/10/20 | J | | |
| 174. | | | | | Buy (add'l) | 07/10/20 | J | | |
| 175. TIAA-CREF Social Ch Bond Fnd Class ADV(now Core Impact Bnd Fund Cl ADV | A | Interest | K | T | Buy (add'l) | 01/23/20 | J | | |
| 176. | | | | | Sold (part) | 03/03/20 | J | | |
| 177. | | | | | Sold (part) | 04/07/20 | J | | |
| 178. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 179. | | | | | Buy (add'l) | 06/10/20 | J | | |
| 180. | | | | | Sold (part) | 07/10/20 | J | | |
| 181. Wisdomtree US Small Cap Dividend Fund ETF | A | Dividend | | | Sold | 03/12/20 | J | | |
| 182. Invesco Oppenheimer Steelpath MLP Select 40 | A | Interest | | | Sold | 03/11/20 | J | | |
| 183. MFS International Diversification FD CLI | A | Interest | K | T | Buy (add'l) | 03/11/20 | J | | |
| 184. | | | | | Sold (part) | 07/13/20 | J | | |
| 185. Aberdeen Short Duration High Yield Municipal Fund Institutional Class | A | Interest | J | T | Sold (part) | 03/11/20 | J | | |
| 186. | | | | | Sold (part) | 07/13/20 | J | | |
| 187. Aberdeen Ultra Short Municipal Income Fund Institutional Class | A | Interest | | | Sold (part) | 03/11/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Sold | 07/13/20 | J | | |
| 189. Mainstay Mackay High Yield Municipal Bond Fund Class I | A | Interest | J | T | Sold (part) | 03/11/20 | J | | |
| 190. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 191. The Hartford Municipal Opportunities Fund Class I | A | Interest | J | T | Sold (part) | 03/11/20 | K | | |
| 192. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 193. Western Asset Managed Municipals Fund Class I | A | Interest | | | Sold (part) | 03/11/20 | K | | |
| 194. | | | | | Sold | 07/13/20 | J | | |
| 195. Invesco Global Clean Energy ETF | A | Interest | | | Sold | 01/22/20 | K | | |
| 196. Invesco Global Water ETF | A | Interest | K | T | Buy (add'l) | 01/07/20 | J | | |
| 197. | | | | | Sold (part) | 01/24/20 | J | | |
| 198. | | | | | Buy (add'l) | 02/05/20 | J | | |
| 199. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 200. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 201. | | | | | Sold (part) | 05/15/20 | J | | |
| 202. | | | | | Sold (part) | 06/11/20 | J | | |
| 203. | | | | | Sold (part) | 07/13/20 | J | | |
| 204. IShares MSCI KLD 400 Social ETF | B | Interest | M | T | Buy (add'l) | 01/07/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 01/24/20 | J | | |
| 206. | | | | | Buy (add'l) | 02/05/20 | K | | |
| 207. | | | | | Buy (add'l) | 03/04/20 | J | | |
| 208. | | | | | Buy (add'l) | 04/08/20 | J | | |
| 209. | | | | | Sold (part) | 05/15/20 | J | | |
| 210. | | | | | Sold (part) | 06/11/20 | J | | |
| 211. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 212. Neuberger Berman Sustainable Equity Fund Institutional Class | B | Interest | M | T | Buy (add'l) | 01/06/20 | K | | |
| 213. | | | | | Sold (part) | 01/23/20 | J | | |
| 214. | | | | | Buy (add'l) | 02/04/20 | K | | |
| 215. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 216. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 217. | | | | | Sold (part) | 05/14/20 | J | | |
| 218. | | | | | Sold (part) | 06/10/20 | J | | |
| 219. | | | | | Buy (add'l) | 07/10/20 | J | | |
| 220. PAX Global Environmental Markets Fund Class Institutional | A | Interest | K | T | Buy (add'l) | 01/06/20 | J | | |
| 221. | | | | | Sold (part) | 01/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222. | | | | | Buy<br>(add'l) | 02/04/20 | J | | |
| 223. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 224. | | | | | Buy<br>(add'l) | 04/02/20 | J | | |
| 225. | | | | | Sold<br>(part) | 05/14/20 | J | | |
| 226. | | | | | Sold<br>(part) | 06/10/20 | J | | |
| 227. | | | | | Sold<br>(part) | 07/10/20 | J | | |
| 228. PAXEllevate Global Women's Leadership Fund Institutional | A | Interest | L | T | Sold<br>(part) | 01/06/20 | J | | |
| 229. | | | | | Sold<br>(part) | 01/23/20 | J | | |
| 230. | | | | | Buy<br>(add'l) | 02/04/20 | K | | |
| 231. | | | | | Buy<br>(add'l) | 03/03/20 | J | | |
| 232. | | | | | Buy<br>(add'l) | 04/07/20 | J | | |
| 233. | | | | | Sold<br>(part) | 05/14/20 | J | | |
| 234. | | | | | Sold<br>(part) | 06/10/20 | J | | |
| 235. | | | | | Sold<br>(part) | 07/10/20 | J | | |
| 236. Calvert Green Bond Fund Class I | A | Interest | L | T | Buy<br>(add'l) | 01/06/20 | K | | |
| 237. | | | | | Sold<br>(part) | 01/03/20 | J | | |
| 238. | | | | | Buy<br>(add'l) | 02/04/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. | | | | | Sold<br>(part) | 03/03/20 | J | | |
| 240. | | | | | Sold<br>(part) | 04/07/20 | J | | |
| 241. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 242. | | | | | Sold<br>(part) | 06/10/20 | K | | |
| 243. | | | | | Sold<br>(part) | 07/10/20 | J | | |
| 244. Calvert Bond Fund Class I | A | Interest | | | Buy<br>(add'l) | 01/06/20 | K | | |
| 245. | | | | | Sold<br>(part) | 01/23/20 | J | | |
| 246. | | | | | Buy<br>(add'l) | 02/04/20 | K | | |
| 247. | | | | | Sold<br>(part) | 03/03/20 | J | | |
| 248. | | | | | Sold<br>(part) | 04/06/20 | J | | |
| 249. | | | | | Buy<br>(add'l) | 05/14/20 | J | | |
| 250. | | | | | Sold | 06/10/20 | L | | |
| 251. TIAA-CREF Social Choice Bond Cl<br>ADV(now Core Impact Bond Fund Cl<br>ADV) | C | Interest | M | T | Buy<br>(add'l) | 01/06/20 | K | | |
| 252. | | | | | Sold<br>(part) | 01/23/20 | J | | |
| 253. | | | | | Buy<br>(add'l) | 02/04/20 | K | | |
| 254. | | | | | Sold<br>(part) | 03/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. | | | | | Sold (part) | 04/07/20 | J | | |
| 256. | | | | | Buy (add'l) | 05/14/20 | J | | |
| 257. | | | | | Buy (add'l) | 06/10/20 | K | | |
| 258. | | | | | Sold (part) | 07/10/20 | K | | |
| 259. Federated Hermes SDG Engagement EQ Fund Cl I | A | Dividend | L | T | Buy | 01/23/20 | K | | |
| 260. | | | | | Buy (add'l) | 02/04/20 | K | | |
| 261. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 262. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 263. | | | | | Sold (part) | 05/14/20 | J | | |
| 264. | | | | | Sold (part) | 07/10/20 | J | | |
| 265. IShares Global Green Bond ETF | C | Dividend | M | T | Buy | 06/11/20 | M | | |
| 266. | | | | | Buy (add'l) | 07/13/20 | K | | |
| 267. The Hartford MidCap Fund Class I | A | Dividend | L | T | Buy | 07/13/20 | L | | |
| 268. Tortoise MLP & Energy Income Fund Class Institutional | C | Dividend | K | T | Buy | 03/17/20 | L | | |
| 269. | | | | | Sold (part) | 04/13/20 | K | | |
| 270. | | | | | Sold (part) | 07/14/20 | K | | |
| 271. Aberdeen Untra Short Municipal Income Fund Cl Institutional | D | Dividend | O | T | Buy | 07/14/20 | O | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. PIMCO Intl Bond USA Dollar Hedged | B | Dividend | L | T | Buy | 03/16/20 | J | | |
| 273. | | | | | Buy (add'l) | 04/09/20 | K | | |
| 274. | | | | | Buy (add'l) | 07/13/20 | K | | |
| 275. Pioneer Multi-Asset Ultra short income fund Class Y FBOID | A | Dividend | | | Buy | 03/16/20 | J | | |
| 276. | | | | | Buy (add'l) | 04/09/20 | K | | |
| 277. | | | | | Sold | 07/13/20 | K | | |
| 278. Deleware Smal Cap Core I | A | Dividend | K | T | Buy | 03/11/20 | K | | |
| 279. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 280. TRowe Price Blue Chip Growth Fund Inc | A | Dividend | K | T | Buy | 03/11/20 | K | | |
| 281. | | | | | Buy (add'l) | 07/13/20 | J | | |
| 282. The Hartford Mid Cap Fund Class I | A | Dividend | K | T | Buy | 03/11/20 | K | | |
| 283. | | | | | Sold (part) | 07/13/20 | J | | |
| 284. Tortoise MLP & Pipeline Fund Class Institutional | A | Dividend | J | T | Buy | 07/13/20 | J | | |
| 285. IShares NATL Muni Bond ETF | A | Dividend | J | T | Buy | 07/14/20 | J | | |
| 286. Vanguard Intermediate Term Tax exempt fund Admiral | A | Dividend | J | T | Buy | 07/13/20 | J | | |
| 287. The Hartfund Mid Cap Fund Class I | A | Dividend | K | T | Buy | 07/13/20 | K | | |
| 288. Tortoise MLP & Energy Income Fund Class Institutional | B | Dividend | K | T | Buy | 03/17/20 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Buy (add'l) | 04/13/20 | J | | |
| 290. | | | | | Sold (part) | 07/14/20 | K | | |
| 291. PIMCO International Bond Fund US Dollar Hedged | A | Dividend | K | T | Buy | 03/16/20 | K | | |
| 292. | | | | | Sold (part) | 04/09/20 | J | | |
| 293. | | | | | Buy (add'l) | 07/13/20 | K | | |
| 294. Pioneer Multi-Asset Ultra Short Income Fund Class Y FBOID | A | Dividend | | | Buy | 03/16/20 | K | | |
| 295. | | | | | Buy (add'l) | 04/09/20 | J | | |
| 296. | | | | | Sold | 07/13/20 | K | | |
| 297. Federated Hermes SDG Engagement Fund Class INSTL | A | Dividend | K | T | Buy | 01/23/20 | K | | |
| 298. | | | | | Buy (add'l) | 03/03/20 | J | | |
| 299. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 300. | | | | | Sold (part) | 05/14/20 | J | | |
| 301. | | | | | Sold (part) | 06/10/20 | J | | |
| 302. | | | | | Sold (part) | 07/10/20 | J | | |
| 303. IShares Global Green Bond ETF | A | Dividend | K | T | Buy | 06/11/20 | K | | |
| 304. | | | | | Buy (add'l) | 07/13/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dein, Judith G. | 05/09/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

If the same asset is listed multiple times, it is because it is held in several accounts.

Note 1 - The amounts reported last year were combined for two accounts.  Since transactions were conducted on different days this year, I divided the reporting into the two accounts.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Judith G. Dein

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544